# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403


**REHEARING ACTION: March 21, 2018**


**Docket Number: 17   00340-WCA**

**JOEL GUZMAN**
**VERSUS**
**JAGO SOLUTIONS, LLC, ET AL.**

**Appealed from Office of Workers' Compensation - # 4 Case No. 16-03228**


**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux**
    **Hon. Sylvia R. Cooks**
    **Hon. Shannon J. Gremillion**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **LCI Workers' Comp** and the application for rehearing filed by

**Jago Solutions** have this day been

    **DENIED.**


cc: William H. Beaumont, Counsel for the Appellant
    Roberto Luis Costales, Counsel for the Appellant
    Kirk Lindsay Landry, Counsel for the Appellee
    Jeffrey Waltz, Counsel for the Appellee